IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYRON REED,** Petitioner, v. **TY MURPHY,** Respondent. | Case No. 1:14-cv-00208 MJS (HC) **ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION** [Doc. 6] |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 6, 2013, Petitioner filed a notice to withdraw his petition for writ of habeas corpus. (Notice, ECF No. 6.)

Pursuant to Fed. Rule of Civ. Proc. 41(a)(1), a petitioner may voluntarily dismiss the action without prejudice without a court order if dismissal is requested before the opposing party answers. (See Rule 12, Rules Governing Section 2254 Cases, "The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.") Respondent has yet to file an answer in this matter.

///

1

1 | Accordingly, good cause having been presented to the Court, IT IS HEREBY
2 | ORDERED that the petition is DISMISSED without prejudice. The Clerk of Court is
3 | DIRECTED to enter judgment and close the case.
IT IS SO ORDERED.

Dated:   March 7, 2014            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE